BLUE SPRUCE INTERNATIONAL v. JOSEPH J. SANDLER.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. IVAN V. WHITE, JR.

September 30, 1980.

Petition for certification denied.

LAKELAND REGIONAL SOLID WASTE MANAGEMENT
AUTHORITY v. NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION.

September 30, 1980.

Petition for certification denied.

IN RE PROBATE OF THE ALLEGED WILL OF EUGENE
MORI, DECEASED.

September 30, 1980.

Petitions for certification denied.